USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-14-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTEFIORE MEDICAL CENTER,

                Plaintiff,

       v.

LOCAL 272 WELFARE FUND AND
MARC GOODMAN, *in his capacity as Fund
Manager of Local 272 Welfare Fund*,

                Defendants.

No. 17-CV-10213 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On September 17, 2019, the Court granted Plaintiff's motion for summary judgment and Defendants' cross-motion for summary judgment with respect to many of their claims. The Court, however, held Plaintiff's motion for summary judgment on the claims of patients L-38 and L-39 in abeyance pending the Second Circuit's decision in *Laurent v. PricewaterCoopers LLP*, No. 18-487 and stayed this case. The Second Circuit's mandate in *Laurent v. PricewaterCoopers LLP*, No. 18-487, issued on February 27, 2020. No later than October 28, 2020, the parties shall file a joint letter updating the Court as to how the Circuit's decision in *Laurent v. PricewaterCoopers LLP*, No. 18-487, impacts this action and proposing next steps for this case.

SO ORDERED.

Dated:    October 14, 2020
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge